# **AFFIDAVIT**

I, Molly Motley Blythe, being duly sworn, do hereby depose and state:

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) currently assigned to the Jackson Division since March 2013.  I am responsible for investigations of offenses under Title 18, United States Code involving violent crimes against children to include the production, distribution, possession of child pornography, kidnapping, child enticement and child sex trafficking.

2.      This Affidavit is made in support of an application for a Criminal Complaint against ANTHONY L. DANIELS (hereafter referred to as DANIELS). DANIELS is currently a Police Officer with the McComb Police Department.

3.      Based on the information set forth in this Affidavit, there is probable cause to believe that DANIELS persuaded, induced, enticed, and coerced minor, V. E.(year of birth 2003) to produce visual depictions and videos of V.E. engaging in sexually explicit conduct in violation of Title 18, United States Code, Section 2251(a)(1) and 2252(a)(2).

4.      On February 18, 2020, FBI agents interviewed DANIELS.  During the interview, DANIELS stated he had responded to minor V. E.'s residence in his official capacity as a police officer on multiple occasions. DANIELS stated that V. E. was 13 years-old when she began to run away from home.

5.      During the interview, DANIELS identified his Snapchat username as **a.daniels121** and admitted to communicating with V. E., using the Internet App, Snapchat. DANIELS admitted that he knew **cocainee.kayla** was the username of V.E and that she was currently 16 years-old. DANIELS admitted to persuading V. E. to produce and send him sexually explicit visual depictions of her pubic area via the Internet using Snapchat.  Further, DANIELS admitted to sending via his Snapchat account emoji to V.E., specifically, an eggplant, which means, "penis," and water drops, which means, "wet." DANIELS also admitted to sending a peach and a cat emoji, which commonly refers to a person's bottom/butt and vagina respectively.  DANIELS admitted to receiving via his Snapchat account, two sexually explicit videos and two sexually explicit digital images of V. E.

Based on the information contained herein, your Affiant believe that probable cause exists to believe that ANTHONY L. DANIELS knowingly persuaded, induced, enticed, coerced a minor

to produce images of child pornography and DANIELS received videos of a minor engaging in sexually explicit conduct in violation of Title 18, United States Code, Sections 2251(a)(1) and 2252(a)(2) .

Molly Motley Blythe
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this *18th* day of March, 2020.

United States Magistrate Judge

2